FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

99 DEC 27  AM 9: 00

U.S. DISTRICT COURT
N.D. OF ALABAMA

HOWARD S.  ROSS,                            )

       PLAINTIFF,                         )

VS.                                         )   CV99-H-3347-NE

HUGH MADDOX, or his successor,     )
Individually and officially
in his official capacity as        )
Justice of the Supreme Court
of Alabama; PERRY HOOPER,          )
or his successor,
Individually and officially        )
in his official capacity as
Justice of the Supreme Court       )
of Alabama; RALPH COOK,
or his successor,                  )
Individually and officially
in his official capacity as        )
Justice of the Supreme Court
of Alabama; CHAMP LYONS, JR.       )
or his successor,
Individually and officially        )
in his official capacity as
Justice of the Supreme Court       )
of Alabama; and
DOUGLAS JOHNSTONE;                 )
or his successor,
Individually and officially        )
in his official capacity as
Justice of the Supreme Court       )
of Alabama,
                                   )
     DEFENDANTS.

ENTERED

DEC 27 1999

## MEMORANDUM OF DECISION

On December 20, 1999 plaintiff commenced this action in this

court against defendants in their individual and official

capacities, for their failure to grant plaintiff's petition for a
writ of certiorari in connection with the affirmance of his
appeal to the Alabama Court of Civil Appeals in case numbered
2980199.   Pursuant to 28 U.S.C. § 1915(e)(2) the court concludes
that the action is frivolous or malicious, or both, and
separately concludes that it fails to state a claim upon which
relief may be granted.  A separate order of dismissal will be
entered.

    DONE this __27th__ day of December, 1999.

                               James H. Hancock

                    SENIOR UNITED STATES DISTRICT JUDGE

2